UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet: *SENTENCING PROCEEDINGS*
before *United States District Judge*

CASE NUMBER: 14cr178            DATE: 6-8-15
Court Reporter: Cabrany         Courtroom Deputy: A.D.

| Plaintiff(s)  USA | Defendant(s) Melvin Wilson |
|---|---|
| Plaintiff Attorney(s) | Defendant Attorney(s)  ( ) cja  ( )pda  ( ) ret |
| Jennifer Winfield | Wm. Margulis |

Interpreter: _____  (IUR form forwarded to Finance Unit)

Probation Officer present in courtroom: _____

☑ Defendant/Parties present for imposition of sentence.
☑ Plea Agreement adopted and accepted by the Court.
☑ No objections to Presentence Report filed by either party.
☐ Objections to PSR filed by  ☐ Defendant  ☐ Government:
   ☐ After hearing arguments, the Court ☐ overruled ☐ granted objections _____

   Other: _____

   ☐ PSR to be amended
☑ PSR adopted and accepted by the Court and to be filed *Under Seal*.
☐ Downward departure motion filed by  ☐ Government  ☐ Defendant
   The Court ☐ Granted  ☐ Denied  the motion for downward departure
☑ Sentence imposed - See Judgment
☐ Count(s) _____ dismissed upon the motion of the AUSA.
☑ Defendant Remanded to custody of USM
☐ Defendant granted a Voluntary Surrender to the institution for incarceration as notified by USM
   ☐ Surrender date: _____
☐ Defendant released on Probation pending processing by USM

☐ _____

Courtroom time: 10:30   To   11:10